[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 27, 2006
THOMAS K. KAHN
CLERK

_____

No. 06-10866
Non-Argument Calendar

_____

D. C. Docket No. 04-00170-CR-CG-1-001

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTHONY RASHAWN HUNT,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

**(December 27, 2006)**

Before MARCUS, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

James D. Jeffries, appointed counsel for Anthony Rashawn Hunt in this

direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hunt's conviction and sentence are **AFFIRMED**.